No. 774. INDUSTRIAL COMMISSIONER OF NEW YORK v. IRVING TRUST CO., TRUSTEE; and No. 775. SAME v. DUBERSTEIN, TRUSTEE. April 18, 1932. The petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit in the above-entitled cases is denied, the claimants not being parties to the application for the writs and it not appearing that petitioner has capacity to prosecute the application. *Mr. Joseph A. McLaughlin* for petitioner. *Mr. Godfrey Goldmark* for Irving Trust Co., Trustee. No appearance for Duberstein, Trustee.

No. 705. ENRIGHT ET AL. v. UNITED STATES. April 18, 1932. Petition for writ of certiorari to the Court of Claims denied. *Messrs. James D. Carpenter, Jr., John M. Enright, Eldon Bisbee,* and *George R. Shields* for petitioners. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour* and *Bradley B. Gilman* for the United States.

No. 748. KITAGAWA v. SHIPMAN, TREASURER. April 18, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Carl S. Carlsmith* for petitioner. No appearance for respondent.

No. 749. MANA TRANSPORTATION CO., LTD., v. SHIPMAN, TREASURER. April 18, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Carl S. Carlsmith* for petitioner. No appearance for respondent.